# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* VERITY INVESTIGATIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>E & B NATURAL RESOURCES MANAGEMENT CORPORATION,<br><br>Defendant. | Case No. 1:24-cv-00928-KES-CDB<br><br>ORDER RE THE NOTICE OF THE UNITED STATES OF AMERICA'S ELECTION TO DECLINE INTERVENTION<br><br>ORDER UNSEALING ALL FILINGS AND UNSELAING THE CASE<br><br>ORDER DIRECTING CLERK OF THE COURT TO ISSUE SUMMONS AND CASE OPENING DOCUMENTS |

The United States of America having notified the Court of its decision not to intervene in this action (Doc. 20), the Court hereby orders, as follows:

1. The relator may maintain the action in the name of the United States of America; providing, however, that the action may be dismissed only if the Court and the United States Attorney General give written consent to the dismissal and their reasons for consenting;

2. In the event that should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States of America with notice and an opportunity to be heard before ruling or granting its approval;

3. All pleadings filed and orders issued by the Court in this action shall be served upon the United States of America;

4. The United States of America shall reserve its rights to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim; and

5. The United States of America shall be served with all notices of appeal.

The Clerk of Court is DIRECTED to unseal all filings and unseal the case and to issue summons and case opening documents.[1]

IT IS SO ORDERED.

Dated: **January 22, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] At the Court's invitation, counsel for the United States of America filed supplemental briefing on the issue of whether the Court should unseal this matter in its entirety. (Doc. 24). The supplemental briefing does not identify information in the filings sought to be maintained under partial seal that reveals confidential investigative methods or would jeopardize an ongoing investigation or would harm nonparties. (Doc. 25). The supplemental briefing also inaptly refers to a "longstanding Court practice" in this District to permit limited unsealing in qui tam actions. *Cf. United States ex rel. Relator LLC v. Kootstra*, No. 1:22-cv-00924-TLN-CDB, Doc. 19 (10/17/2023) & Doc. 22 (10/27/2023) (declining to permit limited unsealing); *United States ex rel. Blair v. SourceAmerica, Inc*., No. 1:20-cv-01455-JLT-EPG, 2023 WL 4087635 (E.D. Cal. June 20, 2023) (same); *United States ex rel. Medstar LLC v. VJ's Transp. Servs., Inc*., No. 2:20-CV-1400-KJM-JDP, 2021 WL 1164723 (E.D. Cal. Mar. 26, 2021) (same).