UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* VERITY INVESTIGATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>E&B NATURAL RESOURCES MANAGEMENT CORPORATION,<br><br>Defendant. | Case No. 1:24-cv-00928-KES-CDB<br><br>ORDER ON STIPULATION EXTENDING *NUNC PRO TUNC* TIME FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT<br><br>(Doc. 34)<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(Doc. 28) |

On August 9, 2024, Plaintiff/Relator Verity Investigations, LLC ("Verity" or "Plaintiff/Relator"), on behalf of itself and the United States of America ("government"), initiated this *qui tam* action with the filing of a complaint against E&B Natural Resources Management Corporation. ("Defendant"). (Doc. 1). Verity alleges violations of the False Claims Act (31 USC § 3729 *et seq.*).

On January 22, 2026, following the government's notification of its decision not to intervene in this action (Doc. 20), the Court ordered that all filings and this case be unsealed and directed the Clerk of the Court to issue summons and case opening documents. (Doc. 26). On February 3, 2026, Verity filed the operative, first amended complaint ("FAC") against Defendant. (Doc. 30). Defendant was served on February 17, 2026, making the deadline for its response to the FAC on

March 10, 2026. (Doc. 33). An initial scheduling conference is set for April 28, 2026. (Doc. 28).

Pending before the Court is the parties' stipulated request, filed on March 27, 2026, to extend the time for Defendant to respond to the FAC from March 10, 2026, to April 24, 2026, and to continue the scheduling conference to May 28, 2026. (Doc. 34). The parties represent that before the March 10, 2026, deadline for Defendant to respond to the FAC, the parties entered into a confidentiality agreement and Defendant has begun providing information informally to promote discussions about resolution. *Id.* ¶ 2. The parties represent that good cause exists for the requested extension as informal discovery and early discussions regarding resolution promotes efficiency and judicial economy, and the parties agree it is appropriate to have additional time before Defendant responds to the FAC. *Id.* ¶ 5.

The Court finds good cause to grant the parties' request based on the parties' representations that they need more time before Defendant responds to the FAC.

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant shall file its response to the first amended complaint no later than **April 24, 2026**. *See* L.R. 144(a).

2. The scheduling conference set for April 28, 2026, is continued to **May 29, 2026, at 9:00 AM.** As previously directed (Doc. 28), the parties shall file a joint scheduling report at least one week prior to the conference.

IT IS SO ORDERED.

Dated:    **March 30, 2026**                    _____
                                    UNITED STATES MAGISTRATE JUDGE