UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* VERITY INVESTIGATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>E&B NATURAL RESOURCES MANAGEMENT CORPORATION,<br><br>Defendant. | Case No. 1:24-cv-00928-KES-CDB<br><br>ORDER ON SECOND STIPULATION EXTENDING TIME *NUNC PRO TUNC* FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT<br><br>(Doc. 36) |

On August 9, 2024, Plaintiff/Relator Verity Investigations, LLC ("Verity" or "Plaintiff/Relator"), on behalf of itself and the United States of America ("government"), initiated this *qui tam* action with the filing of a complaint against E&B Natural Resources Management Corporation. ("Defendant"). (Doc. 1). Verity alleges violations of the False Claims Act (31 U.S.C. § 3729 *et seq.*).

On January 22, 2026, following the government's notification of its decision not to intervene in this action (Doc. 20), the Court ordered that all filings and this case be unsealed and directed the Clerk of the Court to issue summons and case opening documents. (Doc. 26). On February 3, 2026, Verity filed the operative, first amended complaint ("FAC") against Defendant. (Doc. 30).

On March 30, 2026, the Court granted the parties' stipulation extending *nunc pro tunc* time for Defendant to respond to the FAC to April 24, 2026, and continued the scheduling conference to May 29, 2026. (Doc. 35).

1

Pending before the Court is the parties' second stipulated request, filed on April 21, 2026, to extend the time for Defendant to respond to the FAC to May 8, 2026. (Doc. 36). The parties represent that they need more time to confirm whether an early resolution of this case is possible, and that a short extension of time of two weeks will be useful to ensure that they have fully explored the potential for resolution. *Id.* ¶¶ 1, 2. The parties represent that good cause exists for the requested extension as informal discovery and early discussions regarding resolution promotes efficiency and judicial economy, and the parties agree it is appropriate to have additional time before Defendant responds to the FAC. *Id.* ¶ 4.

The Court finds good cause to grant the parties' request based on the parties' representations that they need more time before Defendant responds to the FAC.

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that Defendant shall file its response to the first amended complaint *nunc pro tunc* no later than **May 8, 2026**. *See* L.R. 144(a).

IT IS SO ORDERED.

Dated:   **April 28, 2026**

_____
UNITED STATES MAGISTRATE JUDGE