UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* VERITY INVESTIGATIONS, LLC, | Case No. 1:24-cv-00928-KES-CDB |
| Plaintiff, | ORDER ON THIRD STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT |
| v. | |
| E&B NATURAL RESOURCES MANAGEMENT CORPORATION, | (Doc. 38) |
| Defendant. | |

On August 9, 2024, Plaintiff/Relator Verity Investigations, LLC ("Verity" or "Plaintiff/Relator"), on behalf of itself and the United States of America ("government"), initiated this *qui tam* action with the filing of a complaint against E&B Natural Resources Management Corporation. ("Defendant"). (Doc. 1). Verity alleges violations of the False Claims Act (31 U.S.C. § 3729 *et seq.*).

On January 22, 2026, following the government's notification of its decision not to intervene in this action (Doc. 20), the Court ordered that all filings and this case be unsealed and directed the Clerk of the Court to issue summons and case opening documents. (Doc. 26). On February 3, 2026, Verity filed the operative, first amended complaint ("FAC") against Defendant. (Doc. 30).

On March 30, 2026, the Court granted the parties' first stipulated request extending *nunc pro tunc* time for Defendant to respond to the FAC to April 24, 2026, and continued the

1

scheduling conference to May 29, 2026.  (Doc. 35).  On April 28, 2026, the Court granted the parties' second stipulated request extending *nunc pro tunc* time for Defendant to respond to the FAC to May 8, 2026.  (Doc. 37) (citing Local Rule 144(a)).

Pending before the Court is the parties' third stipulated request, filed on May 7, 2026, to extend the time for Defendant to respond to the FAC to May 15, 2026.  (Doc. 38).  The parties represent that they need more time to confirm whether an early resolution of this case is possible, and that a short extension of time of one week will be useful to ensure that they have fully explored the potential for resolution.  *Id.* ¶¶ 1, 2.  The parties represent that the extension should not impact any of the case schedules, including the scheduling conference set for May 29, 2026.  *Id.* ¶ 3.  The parties represent that good cause exists for the requested extension as informal discovery and early discussions regarding resolution promotes efficiency and judicial economy, and the parties agree it is appropriate to have additional time before Defendant responds to the FAC.  *Id.* ¶ 4.

The Court finds good cause to grant one, final extension of Defendant's deadline to file its responsive pleading to the FAC based on the parties' representations that they need more time before Defendant responds to the FAC.

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that Defendant shall file its response to the first amended complaint no later than **May 15, 2026**.  *See* L.R. 144(a).  No further extensions of the deadline for filing a responsive pleading will be granted absent extraordinary circumstances.

IT IS SO ORDERED.

Dated:   **May 8, 2026**                              _____
                                          UNITED STATES MAGISTRATE JUDGE