

# United States District Court
# Eastern District of California

| | |
|---|---|
| United States of America, ex rel.<br>Verity Investigations, LLC<br>Plaintiff(s) | Case Number:  1:24-cv-928-KES-CDB |
| V. | |
| E&B Natural Resources Management Corporation<br>Defendant(s) | APPLICATION FOR PRO HAC VICE<br>AND PROPOSED ORDER |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Amy Gregory                               hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
Verity Investigations, LLC

On _____02/25/2019_____ (date), I was admitted to practice and presently in good standing in the
_____State of New York_____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: _____05/28/2026_____      Signature of Applicant: /s/ Amy Gregory_____

**Pro Hac Vice Attorney**

Applicant's Name: Amy Gregory

Law Firm Name: Susman Godfrey L.L.P.

Address: One Manhattan West, 50th Floor

City: New York    State: NY    Zip: 10001

Phone Number w/Area Code: (212) 336-8330

City and State of Residence: New York, NY

Primary E-mail Address: agregory@susmangodfrey.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Oleg Elkhunovich

Law Firm Name: Susman Godfrey L.L.P.

Address: 1900 Avenue of the Stars, Suite 1400

City: Los Angeles    State: CA    Zip: 90067

Phone Number w/Area Code: (310) 789-3100    Bar # 269238

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 29, 2026

U.S. Magistrate Judge Christopher D. Baker