

# United States District Court
# Eastern District of California

United States of America, ex. rel. Verity Investigations, LLC

Plaintiff(s)

V.

E&B Natural Resources Management Corporation

Defendant(s)

Case Number: 1:24-cv-928-KES-CDB

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Steven M. Shepard hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Verity Investigations, LLC

On 12/03/2014 (date), I was admitted to practice and presently in good standing in the State of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 05-28-2026          Signature of Applicant: /s/ Steven M. Shepard

**Pro Hac Vice Attorney**

Applicant's Name: Steven M. Shepard

Law Firm Name: Susman Godfrey L.L.P.

Address: One Manhattan West, 50th Fl.

City: New York          State: NY    Zip: 10001

Phone Number w/Area Code: (212) 336-8330

City and State of Residence: New York, New York

Primary E-mail Address: sshepard@susmangodfrey.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Oleg Elkhunovich

Law Firm Name: Susman Godfrey L.L.P.

Address: 1900 Avenue of the Stars, Suite 1400

City: Los Angeles          State: CA    Zip: 90067

Phone Number w/Area Code: (310) 789-3100          Bar # 269238

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:   May 29, 2026          _____
U.S. Magistrate Judge Christopher D. Baker