MATTHEW D. SEGAL, Bar No. 190938
matthew.segal@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  916.447.0700
Facsimile:  8916.447.4781

JACOB C. GOLDBERG, Bar No. 310862
jacob.goldberg@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. VERITY INVESTIGATIONS, LLC,<br><br>Plaintiff Relator,<br><br>v.<br><br>E&B NATURAL RESOURCES MANAGEMENT CORPORATION,<br><br>Defendant. | Case No. 1:24-cv-00928-CDB<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO STAY DISCOVERY PENDING RESOLUTION OF DEFENDANT'S MOTION TO DISMISS**<br><br>Date:      July 6, 2026<br>Time:      10:30 a.m.<br>Location:  Courtroom 200<br>Judge:     Hon. Christopher D. Baker |

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

DEFENDANT'S NOTICE OF MOTION TO
STAY DISCOVERY

-1-

1:24-CV-00928-CDB

153273426.1 0056939-00031

## NOTICE OF MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on July 6, 2026, or as soon thereafter as this motion may be heard, before Judge Christopher D. Baker in Courtroom 200 of the United States District Court, for the Eastern District of California, located at 510 19th Street, Bakersfield, California 93301, Defendant E&B Natural Resources Management Corporation will, and hereby does, move this Court for an order staying discovery. Plaintiff brings this motion pursuant to Local Rule 251 and the Court's inherent authority.

This Motion is based on this Notice of Motion and Motion, the forthcoming Joint Statement re Discovery Dispute, Defendant's Motion to Dismiss, and any further briefs, evidence, authorities, or argument as may be presented or before the hearing.

Between May 19, 2026, and June 15, 2026, counsel for both parties conferred regarding the substance of this motion and other procedural matters related to this case. This meet and confer included emails as well as a video conference regarding the necessity of discovery while a motion to dismiss is pending. Counsel were unable to resolve this motion, however, they did agree that a hearing on the motion could proceed on July 6, 2026.

DATED:  June 15, 2026                          STOEL RIVES LLP


/s/ Jacob C. Goldberg
MATTHEW D. SEGAL, Bar No. 190938
matthew.segal@stoel.com
JACOB C. GOLDBERG, Bar No. 310862
jacob.goldberg@stoel.com

*Attorneys for Defendant*

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

DEFENDANT'S NOTICE OF MOTION TO
STAY DISCOVERY                    -2-                    1:24-CV-00928-CDB
153273426.1 0056939-00031