MATTHEW D. SEGAL, Bar No. 190938
matthew.segal@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  916.447.0700
Facsimile:  916.447.4781

JACOB C. GOLDBERG, Bar No. 310862
jacob.goldberg@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. VERITY INVESTIGATIONS, LLC,<br><br>Plaintiff Relator,<br><br>v.<br><br>E&B NATURAL RESOURCES MANAGEMENT CORPORATION,<br><br>Defendant. | Case No. 1:24-cv-00928-CDB<br><br>**DEFENDANT'S SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE AND NOTICE OF INCORPORATION IN SUPPORT OF MOTION TO DISMISS PLAINTIFF/RELATOR'S COMPLAINT**<br><br>Date:  July 6, 2026<br>Time:  10:30 p.m.<br>Location:  Zoom<br>Judge:  Hon. Christoper Baker |

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

SUPPLEMENTAL REQUEST FOR
JUDICIAL NOTICE

-i-

1:24-CV-00928-KES-CDB

153369859.1 0056939-00031

Under Rule 201, facts appropriate for judicial notice are those "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Judicial notice is appropriate for facts "not subject to reasonable dispute" that are capable of accurate and ready determination by resort to sources whose "accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). In the Ninth Circuit, "[c]ourts may take judicial notice of publications introduced to 'indicate what was in the public realm at the time, not whether the contents of those articles were in fact true.'" *Von Saher v. Norton Simon Museum of Art at Pasadena*, 592 F.3d 954, 960 (9th Cir. 2010); *see also Reynolds v. Binance Holdings Ltd.*, 481 F. Supp. 3d 997, 1002 (N.D. Cal. 2020) (holding that "a court may take judicial notice of publicly available newspaper and magazine articles and web pages that indicate what was in the public realm at the time"); *Bruce v. Chaiken*, No. 215CV00960TLNKJN, 2019 WL 645044, at *1 (E.D. Cal. Feb. 15, 2019) (holding that court can "take judicial notice of the fact that the internet, Wikipedia, and journal article are available to the public"). Moreover, courts can take judicial notice of documents filed in support of a reply brief. *Natomas Gardens Inv. Grp. LLC v. Sinadinos*, No. CIV.S-08-2308FCD/KJM, 2009 WL 1363382, at *9 (E.D. Cal. May 12, 2009) (granting request for judicial notice of 133 exhibits filed in support of a reply brief); *Ivie v. Kraft Foods Glob., Inc.*, No. C-12-02554-RMW, 2013 WL 685372, at *4 (N.D. Cal. Feb. 25, 2013) (taking judicial notice of exhibit filed in support of reply brief).[1]

Furthermore, at a motion to dismiss, the Court may consider, "in [their] entirety," documents incorporated into the Complaint by reference. *In re NVIDIA Corp. Sec. Litig.*, 768 F.3d 1046, 1051, 1058 n.10 (9th Cir. 2014). "Even if a document is not attached to a complaint, it may be incorporated by reference into a complaint if the plaintiff refers extensively to the document or the document forms the basis of the plaintiff's claim." *United States v. Ritchie*, 342

---

[1] This practice is consistent with the advisory committee notes to the rule, providing that "judicial notice may be taken at any stage of the proceedings, whether in the trial court or on appeal." Fed. R. Evid. 201(f).

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

SUPPLEMENTAL REQUEST FOR
JUDICIAL NOTICE                    -1-                    1:24-CV-00928-KES-CDB

153369859.1 0056939-00031

F.3d 903, 908 (9th Cir. 2003); *see, e.g.*, *In re Google Assistant Privacy Litig.*, 457 F. Supp. 3d 797, 813-14 (N.D. Cal. 2020) (recognizing Terms of Service and Privacy Policy as incorporated by reference because they contained the contract terms and warranty terms that were allegedly breached)

Defendant E & B Natural Resources Management Corporation ("Defendant") hereby requests that the Court take judicial notice, pursuant to Rule 201 of the Federal Rules of Evidence, of the existence of Exhibits 4 to 10 and hereby notices for the Court that Exhibit 5 has been incorporated by reference into the First Amended Complaint ("FAC") (ECF No. 30):

1.      Attached hereto as **Exhibit 4** is a true and correct copy of a screenshot from the online investigate news source, ProPublica, describing E&B's loan information, available at the public webpage, https://projects.propublica.org/coronavirus/bailouts/loans/e-b-natural-resources-management-corporation-1070098507.

2.      Attached hereto as **Exhibit 5** is a true and correct copy of a screenshot of the website for the Galesi Group, listing "affiliates" of the Galesi Group and available at the public webpage, https://www.galesi.com/affiliates/, expressly cited in paragraph 22 of the First Amended Complaint.

3.      Attached hereto as **Exhibit 6** is a true and correct copy of the news article, "Oil Trail: Crusades over crude oil span generations in Hermosa Beach," *Easy Reader & Peninsula*, October 18, 2012.

4.      Attached hereto as **Exhibit 7** is a true and correct copy of the news article, "Rotterdam  project targets a booming sector of region's economy," *Times Union*, November 27, 2020.

5.      Attached hereto as **Exhibit 8** is a true and correct copy of the news article, "Galesi Group spending $5 million to build another warehouse," *Albany Business Review*, September 14, 2015.

6.      Attached hereto as **Exhibit 9** is a true and correct copy of the news article, "Mohawk Harbor waterfront project progressing," *Times Union*, June 29, 2018.

//

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

SUPPLEMENTAL REQUEST FOR
JUDICIAL NOTICE
153369859.1 0056939-00031

-2-

1:24-CV-00928-KES-CDB

7.    Attached hereto as **Exhibit 10** is a true and correct copy of the news article, "As Mohawk Harbo fills last spaces, what's next for the riverfront," *Albany Business Review*, November 1, 2022.

DATED:  June 22, 2026                    STOEL RIVES LLP


 s/ Jacob C. Goldberg
MATTHEW D. SEGAL (190938)
matthew.segal@stoel.com
Telephone: (916) 447-0700
JACOB C. GOLDBERG (310862)
jacob.goldberg@stoel.com
Telephone: (503) 224-3380

*Attorneys for Defendant*

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

SUPPLEMENTAL REQUEST FOR
JUDICIAL NOTICE                    -3-                    1:24-CV-00928-KES-CDB
153369859.1 0056939-00031

EXHIBIT 4

**P**] **PROPUBLICA** TRACKING PPP

Donate

*Tracking PPP*

# Search Every Company Approved for Federal Loans

**Search for PPP loan applications by organization, lender, zip code and business type.**

| | Search |
|---|---|

Home ›

## E&B NATURAL RESOURCES MANAGEMENT CORPORATION

❓ Why is my loan information here?

| Loan Amount | Amount Forgiven |
|---|---|
| **$2,000,000** | **$2,020,778** |
| | *Includes any accrued interest* |

Where applicants said the money will go

| | |
|---|---|
| Payroll | $1,999,999 |
| Utilities | $1 |
| Mortgage Interest | $0 |
| Health Care | $0 |
| Rent | $0 |
| Refinance EIDL | $0 |
| Debt Interest | $0 |

Location
Bakersfield, CA
Urban

Industry
Crude Petroleum Extraction

Date Approved
Feb. 18, 2021 (Second Round)

Lender
First Source Federal Credit Union

Jobs Reported
257

Business Type

Subchapter S Corporation

Business Age
Existing or more than 2 years old

Loan Status
Forgiven

Companies and nonprofit organizations that receive PPP loans may have the loans forgiven if they meet certain criteria, including not laying off employees during the defined period covered by the loan. Applicants must attest in their application that the loans are necessary for their continuing operation. Note: This data reflects loan applications approved by banks and submitted to the SBA. It may not account for money not distributed to, or credit not used by, a given company.

If you are a representative of this company and believe this record is in error, use this form to let the SBA know.

**About this data**

This data comes from the Small Business Administration, and includes lender-approved loans under the Paycheck Protection Program as of June 1, 2021. Other loan programs, such as Economic Injury Disaster Loans, are not included in this database. The data includes the congressional district of each organization, but for Pennsylvania and North Carolina the districts do not reflect 2018 redistricting.

Journalists: Thank you for using this database. Please cite ProPublica by linking to this page. Questions? Contact us.

ProPublica

ProPublica Illinois

The Data Store

Topics

Series

News Apps

Get Involved

Impact

Corrections

About Us

Board and Advisors

Officers and Staff

Diversity

Jobs and Fellowships

Reports

Media Center

Advertising Policy

Code of Ethics

Privacy Policy

Subscribe by Email

Subscribe by RSS

Twitter

Facebook

iOS and Android

Podcast

Leak to Us

Steal Our Stories

Contact Us

Donate



© Copyright 2017 Pro Publica Inc.

EXHIBIT 5

Case 1:24-cv-00928-CDB    Document 59    Filed 06/22/26    Page 10 of 49



Available Properties        Services ▾    Portfolio    About Us ▾    News & Press    Contact Us

## Affiliates



### E & B Natural Resources
Engaging in the exploration, development, and production of oil and natural gas in California, Louisiana, Kansas, and Wyoming.

Visit Affiliate's Site >



### Distribution Unlimited
One of the largest third party logistics providers in the Northeast. Provides public warehousing, freezer/cooler storage, order selection, inventory management, bulk materials handling and cross-dock service.

Visit Affiliate's Site >



### The Waterfront Condominiums
The Waterfront Condominiums are 15 condominiums located inside of Mohawk Harbor.

Visit Affiliate's Site >

GALESI GROUP

220 Harborside Drive, Suite 300
Schenectady, NY 12305

(518) 356-4445

info@galesi.com

| Portfolio | Available Properties | Services |
| --- | --- | --- |
| About Us | | Construction Management |
| Careers | | Property Management |
| Contact Us | | Real Estate Development |
| News & Press | | 3rd Party Logistics |
| | | Event Center Management |

© 2026 Galesi Group  |  Privacy Policy  |  Accessibility Commitment  |  Sitemap  |  Website By Brawn Media

EXHIBIT 6

6/22/26, 2:08 PM                    Oil Trail: Crusades over crude oil span generations in Hermosa Beach - Easy Reader & Peninsula Magazine

Case 1:24-cv-00928-CDB     Document 59     Filed 06/22/26     Page 12 of 49



≡     Search...     🔍

Local Advertisement



# Oil Trail: Crusades over crude oil span generations in Hermosa Beach

Easy Reader Staff   •   October 18, 2012



*The mural of Hermosa Beach in 1909 was created by local artist Chris Coakley on the side of the New Orleans Café as part of the Hermosa Beach Mural Project to create 10 murals throughout the city in ten years. Photo by Ed Pilolla.*

Before the end of October, E&B Natural Resources of Bakersfield will file its detailed application to drill undr the sea, continuing the rich, nearly 90-year-old drama of oil battles in Hermosa Beach.

Case 1:24-cv-00928-CDB     Document 59     Filed 06/22/26     Page 13 of 49

At the earliest, city voters will be able in the spring of 2014 whether to, once again, allow wells dug at the maintenance yard. It will be the fifth election in the city's history to, once again, settle the question of whether to allow oil and gas drilling.

Some activists have been around since the beginning.

The Torrance Oil Field was discovered in 1922, at about the same time oil wells were popping up on nearly every lot in Signal Hill, which sat on the vast Wilmington Oil Field. And Hermosans visiting friends or family in Signal Hill didn't like the sight and smell of all those oil wells, said Barbara Guild, an anti-oil activist during the 1958 election.

In 1929, Gus O'Connor, a Harvard-educated attorney, successfully began spearheading a campaign to ban oil and gas drilling in Hermosa Beach. Hermosa Beach was a summer vacation town at the time, with wells and derricks and a much smaller population during the off season. Voters approved the oil drilling ban in 1932.

"He didn't want oil wells that we saw popping up in Venice and Signal Hill particularly to happen in Hermosa," said Guild, 85.



*The mural of Hermosa Beach in 1909 was created by local artist Chris Coakley on the side of the New Orleans Café as part of the Hermosa Beach Mural Project to create 10 murals throughout the city in ten years. Photo by Ed Pilolla.*

O'Connor was Catholic and had five children, some of whom Guild knew because they were all contemporaries of her husband Don and close friend, the late Coralie Ebey, who went on to become an Easy Reader columnist.

Guild got involved in opposing Shell Oil's bid to drill in Hermosa Beach in 1957 along with Ebey, who at the time suggested they speak with O'Connor. After helping to defeat Shell's bid to drill in 1958, Guild provided her knowledge of oil resistance to the next generation more than 25 years later.

"Gus O'Connor handed the baton to me and Coralie and said, 'Okay, you guys are the next generation. You take care of it,'" Guild said. "And so that's basically

what I did with Rosamond. I passed the baton to Coral and Coral passed it to Rosamond Fogg. She sounded really eager."

Fogg, whose 1,200-member Stop Oil Coalition successfully derailed Macpherson Oil's project in the 1990s after the 1984 vote made exceptions to the drilling ban, is now Rosamond d'Orlac of San Pedro.

"I do recall us agreeing that it was like a relay race, and it was kind of like my turn," d'Orlac said.

D'Orlac remembered that Guild also made a monetary contribution. "Always helpful," d'Orlac added.

"She came and sat with me at my house and I told her everything she needed to organize her group," Guild said. "She needed to do research. She needed to counteract their data."

Guild and her husband, who own and maintain a home on The Strand, have spent most of the last 30 years in Hawaii, including the last eight winters in Utah. This year was the first Fourth of July she spent in Hermosa Beach in 27 years.

Guild said she decided to get involved again in opposing oil drilling in Hermosa Beach last year when she read that the liability potential for the city against Macpherson could total $750 million. The two City Council meetings she attended earlier this year were the first she attended since the 1950s, and she spoke critically of the city's settlement agreement with Macpherson.

Since getting involved again, Guild and a handful of friends have chatted weekly on the phone to research and organize. Guild said her inner circle consists of "old-old time Hermosa Beach people," and she does not have interest in becoming the leader of today's opposition.

6/22/26, 2:08 PM                Oil Trail: Crusades over crude oil span generations in Hermosa Beach - Easy Reader & Peninsula Magazine

Case 1:24-cv-00928-CDB    Document 59    Filed 06/22/26    Page 15 of 49

*This is an ad run by Shell Oil to promote its bid to install offshore oil islands in 1958. E&B is not proposing offshore islands, but rather to drill from one location, the city maintenance yard at Sixth Street and Valley Drive. From the scrapbook compiled by Coralie Ebey and Barbara Guild.*

"I have tried to do my homework so that we can organize when the time comes because we don't have just a month to do it like we had [in the '50s]," Guild said. "I guess that I am an environmentalist at heart."

**Cohn concern**

Jeff Cohn moved to Sixth Street in 2003, about 90 yards from the proposed drilling site in the city maintenance yard property. Cohn said that the

Case 1:24-cv-00928-CDB    Document 59    Filed 06/22/26    Page 16 of 49

settlement between the city, Macpherson and E&B in March took them by surprise.

E&B ended 14 years of legal limbo for the city when it paid Macpherson $30 million as part of a March settlement to avoid a trial against Hermosa Beach. Essentially, E&B bought the opportunity to convince voters that oil exists, residents will benefit from the royalties, and the oil can be produced safely and in an environmentally acceptable manner.

E&B is proposing to directionally drill from the city's maintenance yard at Sixth Street and Valley Drive at an angle to tap into underwater oil reserves off Hermosa Beach's shores. The city was spared the potential of paying up to $750 million if it lost the lawsuit, and Macpherson gave E&B the lease, permits and all rights.

City officials say it was a terrific deal to broker just before the case went to trial. Anti-oil activists criticize it for once again opening the door for oil drilling in Hermosa Beach, population 19,000.

"I really had no idea that it would ever become an issue ever again. It angered me," Cohn said. "The fact of the matter is the city is putting the burden back on the residents and the neighbors again to basically fight this thing because they couldn't settle it themselves."

If the ban is not repealed, the city, which has an annual budget of about $26 million, will pay $17.5 million to E&B. If the ban is repealed, the city would receive about 15 percent of oil revenues under a formula. But if no oil is found, the city would pay E&B up to $3.5 million.

Within a couple days of the settlement announcement, Cohn put up a website (nobpinhb.com) featuring critical information about the proposed drilling project. Cohn, the son of City Treasurer David Cohn, said he works in the internet-media business and operates a couple of crowd-sourcing businesses.

"I said, hey, I've got to start publishing this information and exposing this. It looks like the city is trying to hide stuff," Cohn said. "Oil drilling belongs in areas where it won't affect people's lives. It doesn't belong next to a densely populated area."

Cohn said he began receiving offers to help, and dozens are now actively researching online, fundraising, doing graphic design and legal work. Cohn runs the website, which has had more than 2,200 unique visitors since March and more than 25,000 page views.

Cohn questions Layton's leadership abilities as well as E&B's owner, Francesco Galesi. Galesi was a board member of WorldCom telecommunications, the second-largest bankruptcy in U.S. history in 2002.

A real estate magnate, Galesi was one of a group of directors at WorldCom that hired Scott Sullivan as CFO. Galesi was also one of a group of directors at WorldCom that agreed to pay $20 million to settle lawsuits filed by defrauded investors after Sullivan cooked the books.

Galesi was cleared of any criminal wrongdoing. Cohn and others say it's because U.S. laws protect the super rich.

6/22/26, 2:08 PM    Oil Trail: Crusades over crude oil span generations in Hermosa Beach - Easy Reader & Peninsula Magazine

Case 1:24-cv-00928-CDB    Document 33    Filed 06/22/26    Page 17 of 49

Latyon defends Galesi, calling a "visionary," an "inspiration," and "one of the most positive people I know."

Layton was in high school in southeastern Kansas when he met Galesi for the first time. Galesi was visiting his older brother Michael's investment in Layton's father's oil company, Layton Oil. Layton's father, William Douglas Layton, and Michael Galesi were introduced by a mutual acquaintance at an oil and gas exposition in Tulsa, Oklahoma, in the late 1960s, Layton said.

After the trip to see his brother's oil wells, Galesi participated in venture projects with Layton Oil, but was not a direct investor, Layton said.



*E&B President Steve Layton. Photo by Ed Pilolla.*

Layton attended graduate school for business before joining the family oil business. After Layton Oil went out of business in 1983, Layton, his father and Mike Galesi co-founded Alma Energy and Equinox Oil a few years later.

Over the years, Layton has befriended the Galesi brothers, saying the youngest, Denny, is one of the funniest people he knows. Layton said he and his wife Anita are very close to Mike Galesi and his wife.

**Company history**

In 1998, Layton was president of Equinox when a blowout preventer did not activate properly while a well in coastal Louisiana was being completed. Oil spewed 200-300 feet in the air until it was brought under control 11 hours later by emergency response teams. More than 1,200 acres of wetlands were exposed to oil, according to public documents.

There are a lot of differences between Louisiana and California and the likelihood of that incident in Hermosa Beach, Layton said. The Gulf Coast is more volatile, with more gas and both oil and gas under higher pressure.

Whenever you drill, you have the possibility of events like that occurring even though they are rare, Layton said. If it happens, the company must be ready to deal with it. Layton said he has first-hand experience, and Hermosa Beach residents will be the judge of whether that's a good thing or bad thing.

It's possible someone can view his experience dealing with an oil spill as a good thing. If someone can't see it that way, he understands.

"I do know the significance of an event like that," Layton said. "I can understand how an event like that can have a significant impact on a lot of different people."

Layton said Equinox responded quickly to the clean up. The cost of the cleanup and low price of oil forced Equinox into bankruptcy nine months after the spill, Layton said.

"It was a life-changing experience," Layton said. "I was president and owner. I lost everything I had in that company."

In the fall of 2000, Galesi purchased Lennox assets out of bankruptcy and formed E&B Natural Resources, keeping Layton as president.

Case 1:24-cv-00528-CDB   Document 59   Filed 06/22/26   Page 18 of 49

"The good that came out of it was I got to be in business with Francesco Galesi," Layton said.

Two years later, WorldCom filed for bankruptcy. Galesi was one of four board members on WorldCom's audit committee that signed off on $3.9 billion in costs misstated as revenue. It was the largest bankruptcy in U.S. history at the time.

"Our lives were turned upside down," Layton said of himself and Galesi going through their respective bankruptcies.

Galesi, 81, is said to be intensely private. He reportedly got his start by buying an abandoned U.S. Army dump site in upstate New York in 1960 with a $4 million loan, and from there compiled a network of industrial parks valued at more than $100 million.

"He's always been a guy who has had a vision of taking something that was not useful or in trouble but has potential, and trying to turn it into something that's wonderful," Layton said.

Since E&B began growing in 2003, Galesi has visited Bakersfield once or twice a month, Layton said. Galesi has rented a house in Hermosa Beach and stays there when he visits.

Layton acknowledges that Galesi's age raises legitimate questions of long-term company ownership, but said there is a clear line of succession in place and E&B will not be sold off in the event Galesi can no longer serve as owner. Layton said he would become chairman.

"Francesco Galesi very much wants E&B to continue on," Layton said. "He put in place a plan in the event he's no longer with us. E&B would not be pieced out and sold. There is a succession plan. It's set for me to be in charge."

"The relationship the Galesi family has with my family is very, very longstanding," Layton said. "A lot of oil companies that are not publicly traded have people from outside the business that provide capital or financial backing. Their business model is more short-term. They put the money in and they build it up and go to sell it and everybody goes and does something else.

"That's not what the relationship is between our families. It goes back 30-some-odd years. Even though it's different families, it's a family business. That's the nature of our relationship. And to me it's something that does distinguish us not from everybody but from a lot of companies in this business in that there's a long-term, stable relationship that's seen some ups and downs. But it's still standing. It's still standing in a different form than it was, but it's something that provides me with a great sense of comfort."

**Oil history: 1950s**

Guild was born in 1926. After living in Pasadena, her parents moved to San Pedro and then to Torrance when Guild was in eighth grade. Guild and her friends used to climb on the wooden derricks in the Torrance Oil Field.

After graduating from Berkeley with a degree in mechanical engineering, Guild married Don Guild. They had 13 Guild Drug stores throughout Southern California, including at Pier and Hermosa avenues, which is now Rok Sushi, and Pacific Coast Highway and Artesia Boulevard, which is now the Goodwill store.

The Guilds even invested in a Texas gas well, and Barb Guild rented a mobile home nearby to watch the crew complete it.

No one attempted to revoke O'Connor's ban on drilling until Shell and Continental Oil companies offered the city a $500,000 bonus in 1957 for the opportunity to drill into the Tidelands. For several years before that, the Bandini Petroleum Group had secured mineral rights with dozens of south end home and business owners, and the proprietors today continue to be project stakeholders.

"The south part in those days was like the wrong side of the tracks," Guild said. "And so these people were very happy to sign an oil-mineral rights lease."

After the city council signed the contract in December, an election was set for February. As E&B will do today, Shell paid for the 2014 election, city legal fees and cost of the review process.

*This is a photograph of a newspaper ad by those opposing Shell Oil's bid to drill in 1958. From a scrapbook compiled by former Easy Reader columnist Coralie Ebey and Barbara Guild.*

Shell spent $250,000 on the campaign, the opposition about $4,500, Guild said. Shell paid for ads in the Daily Breeze and Tide, a Hermosa tabloid. Shell's

Case 1:24-cv-00928-CDB    Document 59    Filed 06/22/26    Page 21 of 49

advertising agency write that copy that was distributed to Dr. George Anderson, who headed the pro-oil Committee for Community Progress, according to the state lands commission hearings conducted after the election, as reported by a 1976 Easy Reader article.

Both pro and anti oil advocates invited neighbors over for "coffee and cake" sessions. Guild's group of 15 residents gathered 547 signatures opposing the oil contract. Etta Simpson, who would go on to serve on the city council, formed the Neighbors Against The Oilmen, or NATO. Frank Sasine, a machine shop operator who would also be elected to the city council, led the North End Committee of 27 door-to-door against the oil project.

What won it for those in favor of keeping the no drilling ban was the discovery of a passage in the contract that allowed Shell to drill all over the city, Guild said.

"That just blew the whole thing out of the water," Guild said.

"We knew enough of a nucleus who lived in Hermosa who were concerned about Hermosa that we could convince that this was not a good idea," Guild said. "To preserve and maintain [the city's] beauty and character is foremost in my mind."

Guild, who with her husband went door-to-door and had two small children at the time, worked day and night. Less than two weeks before the election, she had a nervous breakdown. Guild remembers standing in a doorway yelling for no good reason at a fellow anti-oil activist.

"I had lost it," Guild said. "I put that kind of effort into it."

Guild, who was home after a couple weeks of rest and relaxation, learned of the results when her husband phoned her at a sanitarium on election night.

On Feb. 5, 1958 more than 4,000 of Hermosa's 7,000 registered voters turned out at the polls. They rejected Shell's proposal by 510 votes.



*Barb Guild addresses the City Council Nov. 21, 1957. This photo is also part of the scrapbook.*

6/22/26, 2:08 PM
Oil Trail: Crusades over crude oil span generations in Hermosa Beach - Easy Reader & Peninsula Magazine

Case 1:24-cv-00928-CDB    Document 55    Filed 06/22/26    Page 22 of 49

Guild said could execute. A scandal over the oil reached in 1957 and now by claiming to have new and improved technology, and suggesting Tidelands' revenue can be spent on municipal services. The story of Long Beach indicates the money from oil revenues beneath the ocean must go toward coastal improvements, Guild said. After Shell lost the election, the city spent the $500,000 Tideland bonus to repair the dilapidated pier.

## Exploratory explanation

Layton said that some of the money is relegated to the Tidelands Trust and that a significant portion of revenue would flow to the city's general fund and schools. During the review process an economic impact report will include oil production estimates, mineral and royalty and tax revenue projections, and a description of the tidelands revenue allocation with examples of how the money can be used, Layton said, in addition to sight, noise and air quality studies.

E&B would also be allowed to collect oil from beneath the city as well, called the Uplands, which does not face revenue restrictions as the tidelands revenue does.

"Our challenge is to provide as much information as we can to as many people as we can in a way that is understandable so that people can make informed decision," Layton said. "We provide information so people can make a very important decision. That's our job."

Layton said E&B buys properties after they have been drilled and have been around for a while. Many haven't been modernized and were abandoned prematurely, Layton said, adding that the old axiom is really true: The best place to find oil is in an old oil field.

Working toward a public vote over the next year is something E&B has never done, Layton said. But E&B has done a lot of exploratory drilling of directional wells like what would be done in Hermosa Beach, Layton said. At the same time, Layton is quick to say this would not be an exploration project.

Layton said that 1.1 million barrels of oil have been produced out of Hermosa Beach. And like the oil men who have preceded him, Layton believes there's still lots of oil underground.

"This just happens to be an old oil field that was never fully developed because the drilling ban was enacted in 1932," Layton said, adding that E&B will not perform the controversial hydraulic fracturing, or fracking, in Hermosa Beach.

"This is not an exploration project because we are going after known oil and gas reservoirs, not shale reservoirs," said Layton, who has met and spoken with hundreds of residents so far this year.

Cohn said Layton shouldn't be meeting with citizens or city officials until after the project application is officially submitted, which is expected to happen later this month.

"One thing I have to tip my hat to E&B is that they have done a good job of reaching out to people individually," Cohn said. "These guys are trying to influence people before the report has been filed. I think that's highly inappropriate."

Case 1:24-cv-00928-CDB    Document 59    Filed 06/22/26    Page 23 of 49

An E&B spokesperson said Layton has made himself available to meet with hundreds of local residents, including Cohn and some other vocal opponents, civic groups, the media and others in order to provide an introduction to E&B, answer questions and provide feedback. Imagine the disapproval if Layton did not make himself available to meet with people, the spokesperson said.

**Tactical questions**

"The thing that concerns me is that when it was presented to the next generation, which was [28] years ago, people were complacent and got sucked into voting to allow oil drilling and it took three or four years finally for people to say we're putting an initiative out," Guild said. "We were asleep and we got sucked in."

Gary Brutsch, mayor at the time the city council signed the lease with Macpherson, championed propositions P and Q, which in 1984 allowed drilling exceptions to O'Connor's 1932 oil drilling ban.

"The bigger dynamic is political will," Brutsch said. "In order to put this city together and move it forward to get it to a vote you have to have key individuals talking to key groups."

Brutsch, a real estate broker, rejects the argument that real estate values throughout the city would suffer if oil drilling commenced at the city yard. Brutsch said residential real estate values are predicated on the most valuable home, which traditionally has been 2909 The Strand. That value won't decrease if E&B drills at the maintenance yard, said Brutsch, who knows Don Macpherson personally and acted as Layton's real estate representative when Layton bought a home on Monterey Boulevard this summer.

Brutsch said oil revenue from the Tidelands could pay for a police and fire substation on The Strand.

"We have a commodity," Brutsch said. "Everybody in this town has a responsibility to manage it as well as possible."

Brutsch said he wanted to designate Hermosa Beach the environmental portal to the Santa Monica Bay by using tidelands revenues to install filters on storm drains that empty into the ocean. Brutsch believes many people who were in favor of oil drilling in 1984 didn't have the energy to defeat the anti-oil forces.

"You only get people involved in that issue probably one time because it was really, really intense," Brutsch said. "There was a vote and everybody said this is a good deal. We start moving forward and then some other folks came into town, geographically located around the site. They have the right to their opinion."

D'Orlac moved to Hermosa Beach in 1982 and got actively involved in opposing oil after the 1984 election. She set aside her full-time job running a research and development internet company she and her husband at the time took public.

There were weeks d'Orlac worked 140 hours campaigning against Macpherson.

D'Orlac's advice to those opposing E&B is to raise a lot of money and don't substitute social media for putting in legwork and knocking on doors.

"You can't tweet everything," Guild said.

Ann Anderson, who put up poster and knocked on doors in 1958, said without an activist group, a proposed oil project goes unnoticed by the average citizen.

"If you don't have an activist group, it goes through because for the average person – myself included – life goes on and you don't pay attention and you don't know what's going on until somebody brings your attention to it," Anderson said.

Guild said her activist group and others were successful in 1958 largely because they had grown up in or near Hermosa Beach and could draw on a rich networking history.

Guild believes that successfully opposing oil drilling in Hermosa Beach includes leadership in the opposition that does not live near the proposed drilling site. Ideally, visible anti-oil activists would live in all areas of the city, including The Strand, where residents first mobilized to oppose Shell's plan for offshore drilling islands in 1957, Guild said.

Guild and other longtime activists believe d'Orlac battled credibility issues arguing that the Macpherson project was bad for the whole city because d'Orlac had recently moved to Hermosa and lived near the proposed drilling site. They hope that Jeff Cohn, the most vocal anti-oil activist today doesn't also appear to only be protecting his immediate neighborhood.

"Cohn is right in that area. I can see how he would be totally concerned. I would be too," said Anderson. "I hope people realize he's not just doing this (for his neighborhood)… We're talking a mile and a third. Everything that happens in one part of this tiny, congested city affects all of us."

Two former council members who also live in the impacted area are working alongside Cohn against E&B's proposal.

Michael Keegan visited a drill site in Huntington Beach with Layton this year.

"He's misleading," Keegan said, adding that revenues from oil west of the sand can't be spent in the city's general fund.

"I never thought oil was a good idea because we can't keep any of the money. It's pretty much common knowledge that there's not much oil under Hermosa Beach proper," Keegan said.

"I think people buy into the alleged financial benefits," said former mayor George Schmeltzer. "They think it's a minor inconvenience for a financial windfall. But it's not a minor inconvenience. It's a hugely major inconvenience on property values and health. It will not have the economic benefit to the community that is floated by the proposers."

Layton said he has not provided any official oil recovery estimates or revenue projections. He is awaiting the finalization of the economic impact analysis.

Layton said several geologic studies estimate large amounts of recoverable oil in the Torrance Oil Field, and more information will be available during the review process. Layton said he understands that residents have questions related to health and pollution issues, and they will be thoroughly investigated

in the Environmental Impact Review Process conducted by the City under the California Environmental Quality Act requirements.

The city, which has pledged to conduct a transparent and thorough review process, will hire an EIR consultant through Request For Proposals and then solicit public input.

If approved by the voters, the project would still have to be approved by the California Coastal Commission and the state's lands commission.

If approved, E&B would drill three wells and as many as 18 trucks per day would haul oil out of Hermosa Beach during the first year of operation. If they find what they are looking for, then an underground pipeline would be installed to deliver oil out of the city. Pipeline routes will be included in the application, expected to be filed before the end of October.

## Reels at the Beach



Learn More

Post your reels at Easy Reader
Email EasyReaderNews.com.

Share it :

➡ Login



Be the First to Comment!

Name*

Email*

EXHIBIT 7



SUMMER KICKOFF SALE: ONLY 25¢          **Sign in**

New York          **Capital Region**          **Hudson Valley**          **Business**          **Opinion**          **Entertainment**

**LIVE**                                                                                                  1h ago

## Capital Region school budget revote live results

**BUSINESS**

# Rotterdam project targets a booming sector of region's economy

By **Eric Anderson**, *Former Business Editor*

Updated Nov 27, 2020 4:37 p.m.

   



Dave Buicko of the Galesi Group speaks Tuesday about the Bow Tie Cinemas project in Saratoga Springs. (Skip Dickstein / Times Union)

Skip Dickstein

ROTTERDAM — The 200,000-square-foot building that Galesi Group is developing at its Rotterdam Corporate Park is intended to meet growing demand for warehouse and distribution space in the Capital Region. The more than $10 million project doesn't yet have tenants lined up, but as consumers do more online shopping, the whole retail supply chain is undergoing changes.

  0:02 / 0:30

Galesi recently completed a 250,000-square-foot building at the Rotterdam Corporate Park whose tenants are FedEx and Home Depot, according to the Schenectacy County Metroplex Development Authority.

**ADVERTISEMENT**
Article continues below this ad

Get Digital Access and Stay Informed With Trusted Local News.

ONLY 25¢

Dave Buicko, Galesi's CEO, said Friday afternoon that construction permits have been issued for the new building and "we're doing the engineering work as we speak."

He said potential tenants are already "kickiing the tires," although Galesi's own distribution company, Distribution Unlimited, also needs more space.

"We could be our own tenant," he said.



### Don't miss the next big story

Make the Times Union a Preferred Source on Google to see more of our journalism when you search.

**Add Preferred Source**

Amazon, meanwhile, has opened its $100 million, one million-square-foot distribution center in Schodack, where it has been hiring to fill 1,000 full- and part-time jobs. It also opened a delivery station in a 53,000-square-foot warehouse on Route 5S in Amsterdam that will employ "hundreds" of full- and part-time workers to deliver packages the "last mile" to customers homes, as well as another delivery station in Colonie that delivers larger items such as furniture that employs 100 people.

In Schenectady County, Metroplex touts the 1.6 million square feet of space — industrial, office and residential — that has been developed this year, including new uses for space at Via Port Rotterdam, the former TrustCo headquarters in downtown Schenectady and the former Gazette Press building, also downtown.

Case 1:24-cv-00928-CDB    Document 59    Filed 06/22/26    Page 31 of 49

In Glenville, specialty cheese maker  Bel Gioioso is occupying a new 100,000-square-foot facility at the Glenville Business and Technology Park, while Adirondack Beverages is occupying another new similarly sized building also at the Park.

Still, some distribution space has emptied out with the closing of the former Railex distribution center at the Rotterdam park. Union Pacific Railroad closed the facility in May, blaming Covid-19 disuptions for its decision. It had acquired the property in 2017.

---

**ADVERTISEMENT**
Article continues below this ad

---

The former Railex facility, with an enclosed rail spur running the length of the rectangular building, is unique, according to Metroplex Chair Ray Gillen, who said the building has been shown to several potential tenants but that "we're really trying to be selective" about who will be the next occupant.

*eanderson@timesunion.com*

Nov 27, 2020  |  Updated Nov 27, 2020 4:37 p.m.



**Eric Anderson**
**FORMER BUSINESS EDITOR**

 

EXHIBIT 8

Case 1:24-cv-00928-CDB    Document 59    Filed 06/22/26    Page 33 of 49

**FOR THE EXCLUSIVE USE OF** SHANNON.MARICH@STOEL.COM

From the Albany Business Review:
https://www.bizjournals.com/albany/morning_call/2015/09/galesi-group-spending-5-million-to-build-another.html

SUBSCRIBER CONTENT:

# Galesi Group spending $5 million to build another warehouse



The Galesi Group will build a $5 million, 100,000-square-foot warehouse at its Rotterdam Corporate Park, already the largest corporate park in the Albany, New York region.
COURTESY OF ROTTERDAM VENTURES



By Mike DeMasi – Reporter, Albany Business Review
Sep 10, 2015    **Updated** Sep 14, 2015 3:04pm EDT

The Galesi Group will spend more than $5 million building a 100,000-square-foot warehouse at the Rotterdam Corporate Park in Rotterdam, New York.

The investment, announced by the Schenectady County Metroplex Development Authority, comes as demand for industrial space in the Albany region has increased significantly over the past year, according to a new survey by CBRE-Albany.

The Galesi Group owns the 3.7-million-square-foot corporate park near Interstates 90 and 88 and Route 7 in Schenectady County, the largest corporate park in the Albany region.

The Metroplex board voted unanimously Wednesday night to provide a payment-in-lieu-of-taxes (PILOT) under which Galesi Group will continue to pay all of the taxes owed on the vacant land where the warehouse will be built, plus half of the taxes on the new building. The exemption will decline by 5 percent annually until the entire building is on the tax rolls.

The new building will be used by Distribution Unlimited, a Galesi-owned company that provides logistics services to clients across the Northeast.

"This is a great location for growing businesses like Distribution Unlimited," said David M. Buicko, chief operating officer at Galesi Group, the largest owner of commercial real estate in the area.

Distribution Unlimited, one of the largest third-party logistics providers in the Northeast, provides public warehousing, freezer/cooler storage, order selection, inventory management, bulk materials handling and cross-dock service. The company is based in Rotterdam and employs 55 people.

EXHIBIT 9



SUMMER KICKOFF SALE: ONLY 25¢          **Sign in**

**New York**      **Capital Region**      **Hudson Valley**      **Business**      **Opinion**      **Entertainment**

**LIVE**                                                                1h ago

# Capital Region school budget revote live results

NEWS

# Mohawk Harbor waterfront project progressing

By **Paul Nelson**, *Staff Writer*
Updated June 29, 2018 6:04 p.m.

      



The Mohawk Harbor complex Friday June 29, 2018 in Schenectady, NY. (John Carl D'Annibale/Times Union)
John Carl D'Annibale/Times Union

SCHENECTADY – The pace of construction, at least for the time being, is expected to slow down at the $150 million residential-retail Mohawk Harbor  development on the former Alco site.

Skip Ad

  0:26 / 0:30

David Buicko, chief executive of Galesi Group, which owns the property, said Friday that the River House waterfront apartments overlooking the harbor are just about fully occupied.

**ADVERTISEMENT**
Article continues below this ad

Get Digital Access and Stay Informed With Trusted Local News.

ONLY 25¢

Case 1:24-cv-00928-CDB    Document 59    Filed 06/22/26    Page 39 of 49

"We're closed to 90 percent leased already," said Buicko., adding that number is ahead of their projections.

Buicko said the firm, which is poised to move its headquarters to 2 Harbor Center on the site, may  consider adding more residences, but for now he wants the people living there to enjoy the atmosphere, which he described as similar to being at a resort.

"The people have been living and working at a construction site for the last few years, let's everybody enjoy it for a little bit and take a rest," he said.



**Don't miss the next big story**

Make the Times Union a Preferred Source on Google to see more of our journalism when you search.

**Add Preferred Source**

The residential properties are within walking distance from the $330 million Rivers Casino & Resort, which opened in February 2017.

River House features studio, one- and two-bedrooms, and two-bedroom lofts, according to its  web site.

Buicko also said The Shaker & Vine wine bar, which is under construction, will be opening in the next three months or so.

Additionally, La Chase Construction is putting the finishing touches on their regional office and Galesi Group will soon be headquartered at 2 Harbor Center at the site.

Case 1:24-cv-00928-CDB     Document 59     Filed 06/22/26     Page 40 of 49

**ADVERTISEMENT**
Article continues below this ad

"I still could do 50 condos and another couple hundred apartments, maybe even offices, he said., adding "it depends on the demand, but right now the demand on residential has been very strong."

Just last week, Druthers Brewing Company opened with much fanfare in the River House complex.

June 29, 2018  |  Updated June 29, 2018 6:04 p.m.



**Paul Nelson**
**STAFF WRITER**

  

Paul Nelson covers cops and courts in Schenectady County as well as the suburban towns of Niskayuna and Rotterdam. Contact him at pnelson@timesunion.com or 518-454-5347.

# Around The Web

Powered by **REVCONTENT**

EXHIBIT 10

6/17/26, 7:36 AM                 As Mohawk Harbor development in Schenectady fills, what's next for the riverfront - Albany Business Review

Case 1:24-cv-00928-CDB     Document 59     Filed 06/22/26     Page 42 of 49

**FOR THE EXCLUSIVE USE OF**

MICHELLE.HARDGRAVE@STOEL.COM

From the Albany Business Review:
https://www.bizjournals.com/albany/news/2022/11/01/mohawk-harbor-schenectady-riverfront.html

SUBSCRIBER CONTENT:

**Commercial Real Estate**

# As Mohawk Harbor fills last spaces, what's next for the riverfront



The mixed-use apartment complex and harbor at Mohawk Harbor in Schenectady are part of a $600 million transformation of the city's riverfront that includes Rivers Casino and Resort.
DONNA ABBOTT-VLAHOS | ALBANY BUSINESS REVIEW

6/17/26, 7:36 AM                As Mohawk Harbor development in Schenectady fills, what's next for the riverfront - Albany Business Review

Case 1:24-cv-00928-CDB    Document 59    Filed 06/22/26    Page 43 of 49



By Mike DeMasi – Reporter, Albany Business Review
Nov 1, 2022

Listen to this article    6 min

It's been eight years since demolition began of the dilapidated industrial buildings that were once part of the mighty American Locomotive Co. factory on Erie Boulevard in Schenectady.

It's been seven years since water from the Mohawk River started filling a newly dug harbor that is the centerpiece of the Mohawk Harbor mixed-use development.

And it's been six years since the Courtyard by Marriott opened, followed soon after by the Rivers Casino and Resort and the remaining buildings of what became a $600 million transformation of the city's riverfront.

Now, with the signing of a lease with a golf simulator business, the development owned and built by The Galesi Group is virtually full – including thousands of square feet of retail space, offices, 206 apartments and 15 waterfront condos that have sold for $600,000 to $800,000.

The occupancy rate for the apartments is in the upper-90% range.

Commercial tenants in the two adjacent buildings include Ellis Medicine Urgent Care, the law firm Jones Hacker Murphy LLP, the offices of Distributed Solar Development and national beauty brand Beekman 1802.

Case 1:24-cv-00928-CDB     Document 59     Filed 06/22/26     Page 44 of 49



Dave Buicko, president and CEO of Galesi Group, at Mohawk Harbor in Schenectady.

DONNA ABBOTT-VLAHOS | ALBANY BUSINESS REVIEW

The headquarters of Galesi Group – whose large, national holdings include about 11,000 apartments, industrial parks, oil and gas fields – are also there.

All that remains is a roughly 6,000-square-foot storefront next to The Costumer at 220 Harborside Drive.

The average occupancy rates at both hotels – the extended-stay 124-room Courtyard and 165-room The Landing, which is attached to Rivers Casino – have rebounded from their pandemic-driven lows back to above 70%. (Galesi Group owns The Landing but leases it to the operator of the casino; BBL is a partner in the Courtyard.)

"Everything is working well," said David Buicko, president and CEO of The Galesi Group. "I see it a lot because I live right there in the condos. I see people walking from the Marriott going to Druthers and Shaker and Vine."

Case 1:24-cv-00928-CDB    Document 59    Filed 06/22/26    Page 45 of 49



Mohawk Harbor includes 15 waterfront condos that have sold for $600,000 to $800,000.

DONNA ABBOTT-VLAHOS | ALBANY BUSINESS REVIEW

Druthers Brewing Co., a popular brewpub, and Shaker and Vine, a wine bar and cocktail lounge, both recently had awnings built on the patios overlooking the harbor to extend their outdoor season.

The Bunker, a golf simulator that will fill more than 3,500 square feet of indoor and outdoor space next to Shaker & Vine, is expected to open by June.

The next tenant to fill the ground floor of the apartment complex will be a departure from the food, beverage and entertainment-focused businesses: chemical manufacturer SI Group is moving its administrative offices into 18,000 square feet.

The company – which was founded in Schenectady in 1906 – sold its longtime corporate campus in Niskayuna to Momentive Performance Materials as part of a strategy to shift its global headquarters to the Houston area.

SI Group's employees are now in temporary offices at another Galesi Group property, Center City, in downtown Schenectady.



About 18,000-square-feet of ground-floor space at Mohawk Harbor in Schenectady will be filled by administrative offices for chemical manufacturer SI Group.

DONNA ABBOTT-VLAHOS | ALBANY BUSINESS REVIEW

In order to accommodate SI Group at Mohawk Harbor, Galesi Group is moving the leasing office for the apartments and the fitness center for tenants into a larger, empty area on the ground floor.

The contractor LeChase Construction Service LLC is doing that work. Buicko anticipates the new offices will be ready for SI Group by March.

The ground-floor space that SI Group will occupy was originally intended for retailers.

It sat vacant for a few years, a period that included the economic uncertainty wrought by the pandemic. Buicko said he's been selective about who will fill the space and has been in no rush since the revenue from the apartments has covered the development's financing costs.

"I could be patient," Buicko said. "I've turned down tenants that don't fit within what we want to do. I like SI Group because there will be a lot of people using

Druthers, Shaker and Vine and the casino. And they like the views.



LeChase Construction Service LLC is renovating the ground floor of the Mohawk Harbor apartment complex for a new leasing office and a larger fitness center for tenants.

DONNA ABBOTT-VLAHOS | ALBANY BUSINESS REVIEW

Even with everything that has been built, there's still room for more.

Buicko is in talks with Union College, city officials and the Schenectady Metroplex Development Authority about building a roughly $40 million hockey rink for the college next to The Landing hotel that would double as an events center for other sports competitions and trade shows.

State Assemblyman Angelo Santabarbara of Rotterdam secured $10 million in the state budget for the arena.

"Stay tuned," Buicko said of the project's status.

Union College Athletic Director Jim McLaughlin said replacing the 2,000-seat Messa Rink on campus with a slightly larger, modern facility at Mohawk Harbor

would create a better atmosphere for fans, including the nearby attractions and sufficient parking.

The negotiations include possibly securing naming rights for the new rink, though McLaughlin said that's not crucial to the financial package. Ideally, he said a new rink would be available at some point during the 2024-25 men's and women's ice hockey season.

"We don't have anything definitive," McLaughlin said. "We want to move as quickly as we can. It's new territory for Union College."

The 50-slip harbor at Mohawk Harbor in Schenectady. The Landing Hotel and the parking garage for Rivers Casino and Resort are in the background.

DONNA ABBOTT-VLAHOS | ALBANY BUSINESS REVIEW

Another new addition at Mohawk Harbor could be an 80,000-square-foot Capital Region Aquatic Center that would host swimming competitions and instructional classes. Santabarbara has secured $2.5 million toward the estimated $35 million expense. Fundraising efforts continue.

Case 1:24-cv-00928-CDB     Document 59     Filed 06/22/26     Page 49 of 49

Also on the horizon is a 150-foot dock on the Mohawk River that could accommodate larger boats than those that anchor in the 50-slip harbor.

Buicko, who is quick to credit the entire team at Galesi Group for what's been accomplished, is always thinking about the next potential deal.

"This is fun," he said.