Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Stephen Shackelford, Jr. (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Amy B. Gregory (admitted *pro hac vice*)
Shauli Bar-On (356650)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
sshackelford@susmangodfrey.com
sshepard@susmangodfrey.com
agregory@susmangodfrey.com
sbar-on@susmangodfrey.com

*Attorneys for Relator Verity Investigations, LLC*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* VERITY INVESTIGATIONS, LLC<br><br>    *Plaintiff Relator*,<br>vs.<br><br>E&B NATURAL RESOURCES MANAGEMENT CORPORATION<br><br>    *Defendant*. | Case No. 1:24-cv-928-CDB<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>**Date: July 6, 2026**<br>**Time: 10:30 AM PT**<br>**Location: Courtroom 200**<br>**Judge: Magistrate Judge Christopher D. Baker** |

Pursuant to Local Rule 230(m)(2), Relator Verity Investigations, LLC ("Verity") respectfully submits this Notice of Supplemental Authority to inform the Court of the Ninth Circuit's decision in *United States ex rel. Relator, LLC v. Erskine*, 2026 WL 2041561 (9th Cir. July 15, 2026), which bears directly on Defendant E&B Natural Resources Management Corporation's ("E&B's") pending Motion to Dismiss (ECF No. 40, filed May 15, 2026), as briefed through Verity's Opposition (ECF No. 53, filed June 5, 2026) and E&B's Reply (ECF No. 58, filed June 22, 2026), and argued July 6, 2026 (ECF No. 61).

In *Erskine*, the Ninth Circuit construed the "news media" channel of the public disclosure bar, 31 U.S.C. § 3730(e)(4)(A)(iii), and concluded this channel "cannot reasonably encompass every website on the internet" and that "[t]he mere fact that information is publicly available on the internet does not mean that a website necessarily qualifies as 'news media' under the FCA." *Erskine*, 2026 WL 2041561, at *6. The Ninth Circuit identified several factors courts should weigh to determine whether websites are "news media" under the FCA: **(1)** whether the website's "primary purpose . . . is to disseminate information about recent events and educate the public"; **(2)** whether the entity overseeing the website "primarily publishes information about itself or about third parties," since "'[n]ews media' connotes a certain degree of separation between the source of the information and the medium that conveys it"; **(3)** whether "a reasonable news consumer would hold the source in question to the same standards of factual accuracy and journalistic integrity" as legacy media; and **(4)** whether "members of the public would reasonably describe the [source] as 'news media' in everyday speech." *Id.* at *6–7. Applying those factors, the Ninth Circuit held that the defendant company's own website did not qualify as "news media."

*Erskine* is particularly relevant to E&B's Motion to Dismiss because E&B has provided the Court with a screenshot of the website of E&B's affiliate, the Galesi Group and has asked the Court to find that this website is a "public disclosure" within the "news media" channel of the public-

1
NOTICE OF SUPPLEMENTAL AUTHORITY

disclosure bar. ECF No. 59, Ex. 5 (supplemental request for judicial notice containing screenshot of Galesi Group website).

A copy of the decision is attached. Verity respectfully requests that the Court consider *Erskine* in ruling on E&B's Motion to Dismiss.

Dated: July 21, 2026

SUSMAN GODFREY L.L.P.

By: */s/ Shauli Bar-On*
Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Stephen Shackelford, Jr. (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Amy B. Gregory (admitted *pro hac vice*)
Shauli Bar-On (356650)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
sshackelford@susmangodfrey.com
sshepard@susmangodfrey.com
agregory@susmangodfrey.com
sbar-on@susmangodfrey.com

*Attorneys for Plaintiff/Relator Verity Investigations, LLC*

NOTICE OF SUPPLEMENTAL AUTHORITY