UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, *ex rel.* VERITY INVESTIGATIONS, LLC,

Plaintiff,

v.

E&B NATURAL RESOURCES MANAGEMENT CORPORATION,

Defendant.

Case No. 1:24-cv-00928-CDB

ORDER ON STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT

(Doc. 67)

On August 9, 2024, Verity Investigations, LLC ("Plaintiff") initiated this *qui tam* action with the filing of a complaint against E&B Natural Resources Management Corporation ("Defendant") for violations by Defendant of the False Claims Act (31 U.S.C. § 3729 *et seq.*). (Doc. 1). On February 3, 2026, Plaintiff filed its first amended complaint. (Doc. 30). On September 25, 2026, the Court granted Plaintiff leave to file a second amended complaint. (Doc. 64). On October 16, 2026, Plaintiff filed the operative second amended complaint. (Doc. 65).

Pending before the Court is the parties' stipulated request, filed on October 22, 2026, to extend the time for Defendant to respond to Plaintiff's second amended complaint from October 30, 2026, to November 6, 2026. (Doc. 67). The parties' representations therein demonstrate good cause for the requested brief extension of time.

///

**Conclusion and Order**

Good cause appearing, IT IS HEREBY ORDERED that Defendant shall file a response to Plaintiff's second amended complaint no later than **November 6, 2026**.

IT IS SO ORDERED.

Dated: **October 23, 2026**

UNITED STATES MAGISTRATE JUDGE