UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, *ex rel.* VERITY INVESTIGATIONS, LLC,

*Plaintiff Relator,*

v.

E&B NATURAL RESOURCES MANAGEMENT CORPORATION,

*Defendant.*

Case No. 1:24-cv-00928-CDB

**~~[PROPOSED]~~ ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT AND RELATED MOTIONS**

(Doc. 73)

~~[PROPOSED]~~ ORDER

The Court, having considered the Stipulation Regarding Briefing Schedule on Defendant's Motion to Dismiss Second Amended Complaint and Related Motions (Doc. 73, the "Stipulation") submitted by Relator Verity Investigations, LLC ("Verity") and Defendant E&B Natural Resources Management Corporation ("Defendant"), concerning Defendant's Motion to Dismiss the Second Amended Complaint (Doc. 69), the accompanying Request for Judicial Notice (Docs. 70–71), and Defendant's Motion to Stay Discovery (Doc. 72) (together, the "Motions"), and good cause appearing, IT IS HEREBY ORDERED that:

1. The parties' stipulated request (Doc. 73) is GRANTED.
2. Verity shall file any opposition to the Motion to Dismiss the Second Amended Complaint and the accompanying Request for Judicial Notice on or before December 18, 2026.

3. The Parties shall file a Joint Statement re Discovery Disagreement related to the Motion to Stay Discovery on or before January 11, 2027.
4. Defendant shall file any reply in support of the Motions on or before January 15, 2027.
5. The hearing on the Motions is set for January 28, 2027, at 10:30 a.m.

IT IS SO ORDERED.

Dated: **November 10, 2026**

UNITED STATES MAGISTRATE JUDGE